497 A.2d 609

**Jane MAZZAGATTI, et al., Petitioners,**

**v.**

**Ricky Allen EVERINGHAM et al., Whitman Township, Robert Harris and Edna Harris, Respondents.**

Supreme Court of Pennsylvania.

Sept. 12, 1985.

Petition for Allowance of Appeal GRANTED, No. 125 E.D. Appeal Docket 1985.